LORAIN COUNTY BAR ASSOCIATION *v.* MOTSCH.

[Cite as *Lorain Cty. Bar Assn. v. Motsch* (1993), 66 Ohio St.3d 56.]

(No. 92–2164—Submitted January 6, 1993—Decided March 17, 1993.)

*Savoy, Bilancini, Flanagan & Kenneally* and *Darrel A. Bilancini,* for relator.

*Charles F. Adams,* for respondent.

---

*Per Curiam.* We agree with the board's findings and recommendation. Accordingly, we suspend respondent from the practice of law for a period of six months, but stay the suspension, with the stay to continue if, within three years from August 13, 1992, respondent (1) refrains from private practice; (2) completes, and provides proof of completion of, at least six hours of continuing legal education on practice management in addition to his mandatory continuing legal education; and (3) refunds $100 to Stipe. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.